UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JOHN A. HENRY, JR. | * |
| | * |
|     Plaintiff and Counter-Defendant, | * |
| | * |
| v. | *  Civil Action No. WDQ-07-2592 |
| | * |
| MANSOOR EMRAL SHAOOL, et al. | * |
| | * |
|     Defendants and Counter-Plaintiffs. | * |
| | * |
| _____ | * |

## JOINT MOTION TO STAY CASE

COME NOW Plaintiff/Counter-Defendant, John A. Henry, Jr., and Defendants/Counter-Plaintiffs, Mansoor Emral Shaool, Janet Emral Shaool, Adam Emral Shaool, and Sassan Emral Shaool ("the Shaools"), by and through their undersigned counsel, and hereby jointly move the Court to stay this case for thirty (30) days, pending final execution by all parties of the Settlement Agreement and Mutual General Release (the "Settlement Agreement"), and, thereafter, dismissal of the case. In support hereof, the parties state as follows:

    1.    Mr. Henry sued the Shaools with respect to the development of a shopping center project in Hagerstown, Maryland, and the Shaools filed a Counter-Complaint against Mr. Henry with respect to the development of a shopping center in Carlisle, Pennsylvania.

    2.    In an effort to allow the parties an opportunity to fully explore settlement of the case before the parties spent additional time and expense on the litigation, in November, 2008, the parties jointly moved to extend the deadlines in the case and set the case in for a settlement conference. The case was set for a settlement conference on March 30, 2009 with Chief Magistrate Judge Paul W. Grimm, and the deadlines in the case were extended accordingly.

3. On or about March 11, 2009, the parties were successful in negotiating a complete resolution of the case, and the case is now settled. The parties are currently finalizing the Settlement Agreement, but require additional time to finalize and fully execute the Agreement. Due to the fact that there are multiple parties and law firms involved, the process of finalizing the Settlement Agreement is taking longer than expected.

4. The parties notified Magistrate Judge Grimm of the settlement, and the settlement conference scheduled for March 30, 2009 was removed from the calendar. However, the other remaining deadlines in the case have not yet been removed from the calendar. In light of the settlement, the parties jointly request that the case be immediately stayed for a period of thirty (30) days, pending final execution of the Settlement Agreement, and subsequent dismissal of the case.

WHEREFORE, Plaintiff/Counter-Defendant, John A. Henry, Jr., and Defendants/Counter-Plaintiffs, Mansoor Emral Shaool, Janet Emral Shaool, Adam Emral Shaool, and Sassan Emral Shaool, respectfully request that the Court stay this case for a period of thirty (30) days to allow the parties sufficient time to finalize and execute the Settlement Agreement, and subsequently dismiss the case.

        Respectfully submitted,

        BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By: _____/s/_____
    Douglas M. Bregman, #02131
    Heather L. Kafetz, #25116
    7315 Wisconsin Avenue, Suite 800 West
    Bethesda, Maryland 20814
    (301) 656-2707
    dbregman@bregmanlaw.com
    hkafetz@bregmanlaw.com
    *Counsel for Mansoor Shaool, Janet Shaool, and Adam Shaool*

        PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG,
EIG & COOPER, Chtd.

By: _____/s/_____
      Glenn M. Cooper, #00977
      Patricia M. Weaver, #10951
      (signed by Heather L. Kafetz with permission of Patricia Weaver)
      4800 Hampden Lane
      7th Floor
      Bethesda, Maryland 20814
      (301) 951-9360
      gcooper@paleyrothman.com
      pmw@paleyrothman.com
      *Counsel for Sassan Shaool*

BROWN GOLDSTEIN & LEVY LLP

By: _____/s/_____
      Andrew D. Freeman
      (signed by Heather L. Kafetz with permission of Andrew D. Freeman)
      120 E. Baltimore Street
      Suite 1700
      Baltimore, Maryland 21202
      (410) 962-1030
      adf@browngold.com
      *Counsel for John A. Henry, Jr.*